FORM 3: Notice of Appeal from the United States Court of International Trade

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CALIFORNIA STEL INDUSTRIES, INC., <br><br>　　　　　　　　　Plaintiff, <br><br>　　　　v. <br><br>UNITED STATES, <br><br>　　　　　　　　　Defendant, <br><br>　　　　and <br><br>UNITED STATES STEEL CORPORATION, <br><br>　　　　　　　　Proposed Defendant-Intervenor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Court. No. 21-00015 |

## **NOTICE OF APPEAL**

Notice is hereby given that the following proposed intervenor in the above-named action, United States Steel Corporation, hereby appeals to the United States Court of Appeals for the Federal Circuit the order denying United States Steel Corporation's Motion to Intervene in the above-named action, entered on May 25, 2021.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Thomas M. Beline

　　　　　　　　　　　　　　　　　　　　Thomas M. Beline
　　　　　　　　　　　　　　　　　　　　Cassidy Levy Kent (USA) LLP
　　　　　　　　　　　　　　　　　　　　900 19th Street NW, Ste. 400
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　Phone: 202-567-2316
　　　　　　　　　　　　　　　　　　　　Email: tbeline@cassidylevy.com

Date:　July 22, 2021