# CHAFFETZ LINDSEY LLP

1700 BROADWAY, 33RD FLOOR, NEW YORK, NY 10019
MAIN: +1 212 257 6960 | FAX: +1 212 257 6950

SANFORD ("SANDY") LITVACK, PARTNER
DIRECT: +1 212 257 6925
S.LITVACK@CHAFFETZLINDSEY.COM

August 10, 2023

**VIA ECF**

Honorable M. Miller Baker
United States Court of International Trade
One Federal Plaza
New York, New York 10278

> **Re:** *California Steel Industries, Inc. v. United States,* **Court No. 21-00015;** *AM/NS Calvert LLC***, Court No. 21-00005;** *Valbruna Slater Stainless, Inc. v. United States*, 21-00027

Dear Judge Baker,

We are counsel for California Steel Industries, Inc. ("CSI") in Case No. 21-00015. We are writing with respect to the *CSI* case, which, for purposes of a pending motion, has been consolidated with the other cases listed above.

As Your Honor will recall, in the context of the Government's motions for a voluntary remand in each of the respective cases, there was a disagreement between the plaintiffs and the Government with respect to a threshold issue. Specifically, the Government claimed that the Court does not have the authority to grant the ultimate relief the plaintiffs seek—refund or reliquidation of Section 232 tariffs on liquidated entries. Thus, the Government, in essence, sought dismissal of the cases, which CSI and the other plaintiffs have opposed.

Because resolution of this critical issue could affect the scope of any voluntary remand, Your Honor consolidated these cases for briefing and resolution before considering the motion for voluntary remand (Dkt. # 48).[1]

After the parties had filed their briefs, on May 19, 2022, the Court heard oral argument. Thereafter on June 9, 2022, at Your Honor's request (Dkt. # 71), the parties filed supplemental briefs further addressing the issue (Dkts. # 76, 77). There has been no further briefing since then and therefore as of that date, the matter was fully submitted.

Mindful of Your Honor's busy schedule, we are writing now to respectfully request a conference to discuss the status of the pending motion with respect to CSI and the next steps to resolve CSI's claims.

---

[1] Citations are to the docket in Court No. 21-00015.

CHAFFETZ LINDSEY LLP

We thank the Court for its attention to this matter, and we are available at the Court's earliest convenience.

                                                  Respectfully,

                                                  */s/ Sanford Litvack*

                                                Sanford Litvack

cc:  All counsel of record (via ECF)