

U.S. Customs and Border Protection

# Post Summary Corrections

On June 24, 2011 CBP published a Federal Register Notice that announced the creation of Post Summary Correction (PSC) test (76 FR 37136). This notice stated that effective September 22, 2011, Post Entry Amendment (PEA) processing will no longer be accepted for ACE entry summaries. Submission of a PSC is the sole method for trade to electronically correct entry summaries prior to liquidation.

PSC operates under the 19 CFR 101.9(b), ACE prototypes. A filer would submit a PSC because they are legally obligated to correct an entry per 19 USC 1484 and 1485.

A PSC allows the trade to electronically correct entry summary data presented to and accepted by U.S. Customs and Border Protection through ACE. The trade is responsible for submitting a PSC. An authorized ACE entry summary filer may submit a PSC for an ACE entry summary originally submitted by another ACE entry summary filer if authorized by the same importer of record.

A PSC is essentially a new entry summary and will not be processed until it is fully paid. There is no limit to the number of PSC filings that can be transmitted for an entry summary within the timeframe allowed to submit a PSC. PSCs that are team reviewed are not eligible for multiple PSC submissions.

PSC Criteria:

- An entry summary must be in accepted status.
- An entry summary cannot be under CBP review.
- An entry summary must be in CBP control.
- An entry summary must be paid in order for the PSC to be successfully submitted.
- If the entry summary is on a Periodic Monthly Statement (PMS), the entry must be "truly" paid in order for the PSC to be accepted. It may be up to 45 days following the entry date before CBP receives payment for the statement.
- The entry summary cannot be liquidated. If it's liquidated the filers options to correct the entry summary is to file a prior

- disclosure or a protest.
- PSC filers can submit these changes within 300 days from the date of entry and up to 15 days of the scheduled liquidation date, whichever date is earlier. If PSCs are filed outside the specified timeframes, ACE will automatically reject it.

Filing Timeframe Exceptions

1. A filer may also submit a PSC outside of the 300 day timeframe in situations where the importer requests a liquidation extension (see liquidation section below).

2. A filer may also submit a PSC outside of the 300 day timeframe, when the subject entries are: entry type 03 or 07 or 06 with a case number; are in suspended status; and have an associated suspension basis of CVD Suspend, ADD Suspend, AD/CVD Suspend, Subject to EAPA, or Subject to Court Injunction.

Changes Eligible Under PSCs:

The only permissible changes to entry types that can be made via PSC are a change from entry type 01 to 03, and a change from entry type 03 to 01.

PSC's may be filed on the following entry types:

- 01-Consumption
- 02- Consumption-Quota/Visa
- 03- Antidumping/Countervailing Duty
- 06-Consumption-Foreign Trade Zone (FTZ)
- 07-Consumption-Antidumping/Countervailing Duty and Quota/Visa Combination
- 21-Warehouse

- 22-Re-Warehouse
- 23-Temporary Importation Bond (TIB)
- 31-Warehouse Withdrawal-Consumption
- 32-Warehouse Withdrawal-Quota
- 34-Warehouse Withdrawal-Antidumping/Countervailing Duty
- 38-Warehouse Withdrawal-Antidumping/Countervailing Duty & Quota/Visa Combination
- 51-Defense Contract Administration Service Region (DCASR)
- 52-Government-Dutiable

Both revenue related and non-revenue related changes may be reported through the PSC test.  Revenue related are those that affect the amount of duties, taxes, and or fees applicable to an entry of merchandise, regardless of the de Minimis rule.  Non-revenue changes are those that pertain to information that must be provided in the entry summary.

Data that cannot be changed for all entry types:

- Importer of Record (The importer or broker must submit a CBP Form 3347, CBP will make the appropriate changes in ACE, and then the entry summary will be put back into the 314-day liquidation cycle. Once completed, the filer may transmit a PSC to correct the necessary entry summary data.)
- Consolidated summary indicator
- Port of Entry
- Cargo release certification request indicator (including DOT grouping, FDA grouping and PGA Grouping
- Live entry indicator
- Trade Agreement (19 U.S.C 1520(d)) indicator for specific special programs, i.e. USMCA, NAFTA, CAFTA, DR, Chile, Columbia, Korea, Oman, Panama and Peru
- Reconciliation issue code

- Preliminary statement print date
- Periodic Monthly Statement (PMS)
- Statement client branch identifier
- Location of goods code
- Date of Entry

Filers are required to transmit one or more reason codes for requested changes, at either the header or line level, and a description of the change. See the Entry Summary Create/Update chapter in the ACE CATAIR. Up to five reason codes at the header and/or line level may be identified on a single PSC. Additional changes may also be detailed in the description field.

Liquidation:

A PSC is essentially a new entry summary and liquidates as any other entry summary since they are a complete replacement of the initial entry summary.

If requested, and Accelerated Liquidation be liquidated using the weekly liquidation cycle. If a filer submits an Accelerated Liquidation request on a PSC, CBP will strive to process within 60 calendar days from the date it was received.

If the trade deems a liquidation extension is necessary for the entry summary, the trade should request liquidation extension and ensure CBP approval prior to filing a PSC. If the trade is granted the extension, then the PSC does not have to be submitted within 300 days from the date of entry but the PSC has to be filed 15 days before the scheduled liquidated date.

References:

- PSC Test Announcement - 76 FR 37136
- PSC Test Modifications and Clarifications Announcement- 78 FR 69434
- Modification and Clarification of the National Customs Automation Program Tests Regarding Post-Summary Corrections and Periodic Monthly Statements - 81 FR 89482

- Modification and Clarification of the National Customs Automation Program Tests Regarding Post-Summary Corrections and Periodic Monthly Statements; Republication With Correction and Further Clarification - 82 FR 2385
- Modification and Clarification of the National Customs Automation Program test Regarding Post-Summary Corrections and Periodic Monthly Statements - 82 FR 50656
- Modification of the National Customs Automation Program Test Regarding Post-Summary Corrections for Extensions of Liquidation - 84 FR 40430

Technical and Policy Supporting Documents:

- ACE Entry Summary Business Rules and Processes Document
- Entry/Entry Summary Customs and Trade Automated Interface Requirements (CATAIR)

Tags: **Automated Commercial Environment (ACE)**, **Trade**, **Trade Outreach**

Last Modified: November 21, 2022

## Contact information for questions related to Post Summary Correction:

otentrysummary@cbp.dhs.gov

For more information on Trade Processes and Entry Summary, please view the **ACE Entry Summary Business Rules and Process Document.**



**Questions?**

Find answers at the CBP Info Center.

Top Travel Topics     Top Import/Export Topics