**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF CHIEF COUNSEL FOR INDUSTRY AND SECURITY
Washington, D.C. 20230

February 9, 2024

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re: Reconsideration Pursuant to Court Remand Order in *California Steel Industries, Inc. v. United States*, Court No. 21-00015

Dear Mr. Toscano:

    Pursuant to the Court's order of September 6, 2023, please find attached the U.S. Department of Commerce's Reconsideration Pursuant to Court Remand in the above-captioned action. The Department's remand redeterminations are public documents.

    Should you have any questions concerning the matter, please contact me at (202) 482-5301.

    Respectfully submitted,

    /s/ Rachel M. Morris
    Rachel M. Morris
    Attorney Advisor
    Office of the Chief Counsel
      for Industry and Security

Attachment

cc:

Kyle S. Beckrich
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
Email: kyle.beckrich@usdoj.gov

Mr. Mario Toscano
February 9, 2024
Page 2


cc:

Meen Geu Oh
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
Email: meen-geu.oh@usdoj.gov

Tara Kathleen Hogan
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
Email: tara.hogan@usdoj.gov


Sanford M. Litvack
Chaffetz Lindsey LLP
Email: s.litvack@chaffetzlindsey.com


Andrew Lawrence Poplinger
Chaffetz Lindsey LLP
Email: andrew.poplinger@chaffetzlindsey.com


Robert Matthew Burke
Chaffetz Lindsey LLP
Email: r.m.burke@chaffetzlindsey.com