IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| CALIFORNIA STEEL INDUSTRIES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 21-cv-00015 |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

RESPONSE TO US STEEL'S
MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE*

Defendant, the United States, respectfully responds to the motion for leave to appear as *amicus curiae* filed by United States Steel Corporation. ECF No. 111. We do not oppose the motion.

      Respectfully submitted,

      BRIAN M. BOYNTON
      Principal Deputy Assistant Attorney
      General

      PATRICIA M. McCARTHY
      Director

      /s/ L. Misha Preheim for
      TARA K. HOGAN
      Assistant Director

|  |  |
|---|---|
|  | /s/ STEPHEN C. TOSINI |
|  | Senior Trial Counsel |
|  | Department of Justice |
|  | Civil Division |
|  | Commercial Litigation Branch |
|  | P.O. Box 480, Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Tel.: (202) 616-5196 |
|  | Email: stephen.tosini@usdoj.gov |
| May 21, 2024 | Attorneys for Defendant United States |