## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CALIFORNIA STEEL INDUSTRIES, INC., <br>     *Plaintiff*, <br> v. <br> UNITED STATES, <br>     *Defendant*. | Ct. No. 21-00015-MMB |

## ORDER

The court's request for supplemental briefing from the parties specifically noted that amicus U.S. Steel is not a party. *See* ECF 128, at 2 n.3. The company nevertheless filed a supplemental brief. *See* ECF 130. The court therefore directs the clerk to strike U.S. Steel's supplemental brief from the record.

Dated:    September 9, 2024        /s/ *M. Miller Baker*
             New York, New York       M. Miller Baker, Judge