# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CALIFORNIA STEEL INDUSTRIES, INC., <br>  *Plaintiff*, <br> v. <br> UNITED STATES, <br>  *Defendant*. | Ct. No. 21-00015-MMB |

## ORDER AND INJUNCTION

For the reasons stated in Slip Opinion 24-127 (ECF 145):

1. The court sustains the 148 exclusion denials identified in the complaint but not listed in Appendices 1 and 2 to Plaintiff California Steel's (CSI) opening comments. *Compare* ECF 2, Exhibit 1 (complaint, identifying full list of exclusion denials originally contested) *with* ECF 103, Appendices 1 and 2 (identifying the exclusion denials that CSI now disputes).

2. The court sustains the 14 exclusion denials identified in Appendix 2 to CSI's opening comments. *See* ECF 103, Appendix 2.

3. The court remands the 31 exclusion denials identified in Appendix 1 to CSI's opening comments (ECF 103) to the Department of Commerce for further proceedings consistent with its opinion.

4. Insofar as Commerce grants any of the 31 requested exclusions on remand, it shall instruct Customs and Border Protection to honor them—including reliquidating entries as necessary—as to otherwise-eligible entries presented by CSI that had not finally liquidated by the fifth business day

following the Department's original denials of those requests, the date on which such exclusions would have been effective had they been granted in the first instance (the Effective Date). *See* 15 C.F.R. Pt. 705, Supp. 1(h)(2)(iii)(A). As used in this order, "not finally liquidated" means any entry that, on the Effective Date, was either unliquidated or, if liquidated, was within the 180-day protest period following liquidation.

5. Within 14 days of this order, the parties are to meet and confer and report their views on whether the court should return this matter to Judge Gordon for mediation to run concurrently with the Department's remand proceedings.

6. Commerce must file its remand determination within 90 days of this order.

7. Defendant must file the administrative record within 14 days after filing the remand determination.

8. No later than 14 days after Defendant files the administrative record, the parties are to file a joint status report, which shall include a proposed briefing schedule if necessary.[1]

Dated:     November 13, 2024                     /s/ *M. Miller Baker*
           New York, New York                    M. Miller Baker, Judge

---

[1] Such a schedule shall provide for U.S. Steel to file an *amicus* brief concurrent with the government's filing.