UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| CALIFORNIA STEEL INDUSTRIES, INC., <br>         Plaintiff, <br><br>         v. <br><br> UNITED STATES, <br>         Defendant. | Court No. 21-00015 |

# [PROPOSED] ORDER

Upon consideration of the Consent Motion to Stay Remand and to Refer to Mediation, it is hereby **ORDERED** that:

1. The Court refers this matter to court-annexed mediation before Judge Gordon. *See* USCIT Rule 16.1. The referral to mediation shall expire 30 days from the date of this Order.

2. Defendant's time to file its remand determinations pursuant to this Court's Order, ECF No. 146 ¶ 6, is stayed for 30 days from the date of this Order.

Dated: _____, 2024       _____
New York, New York                                               Hon. M. Miller Baker

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| CALIFORNIA STEEL INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 21-00015 |

## CONSENT MOTION TO STAY REMAND AND REFER TO MEDIATION

Pursuant to this Court's November 13, 2024 Order, ECF No. 146 (the "**Remand Order**") and USCIT R. 16.1, Plaintiff respectfully submits this motion to stay remand and refer to mediation. Defendant has consented to the relief sought herein.

In the Remand Order, the Court required that Defendant file remand results with respect to the second remand of certain of Plaintiff's exclusion requests "within 90 days." Remand Order ¶ 6. The Court also instructed the Parties "to meet and confer and report their views on whether the court should return this matter to Judge Gordon for mediation to run concurrently with the Department's remand proceedings." *Id.* ¶ 5.

In response, the Parties conferred and agreed to submit this case to Judge Gordon for mediation for a period of 30 days. In order to facilitate the mediation process, the Government requested, and Plaintiff agrees, that Commerce's time to file remand redeterminations should be stayed during the 30-day period of the mediation. This stay will allow the Parties to focus their energies on a resolution of the matter.

For these reasons, the Parties respectfully request that the Court grant this motion to stay remand and refer to mediation as set out in the Proposed Order attached hereto.

Dated: November 27, 2024    Respectfully Submitted,

/s/ Sanford Litvack
Sanford Litvack
Andrew L. Poplinger
R. Matthew Burke

CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
s.litvack@chaffetzlindsey.com

*Attorneys for California Steel Industries, Inc.*