UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| CALIFORNIA STEEL INDUSTRIES, INC., <br>     Plaintiff, <br><br>    v. <br><br> UNITED STATES, <br>     Defendant. | Court No. 21-00015 |

# ORDER

Upon consideration of the Consent Motion to Stay Remand and to Refer to Mediation, it is hereby **ORDERED** that:

1. The Court refers this matter to court-annexed mediation before Judge Gordon. *See* USCIT Rule 16.1. The referral to mediation shall expire 30 days from the date of this Order.

2. Defendant's time to file its remand determinations pursuant to this Court's Order, ECF No. 146 ¶ 6, is stayed for 30 days from the date of this Order.

Dated: December 2, 2024        /s/ *M. Miller Baker*
   New York, New York        Hon. M. Miller Baker