Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM   M-2

| CALIFORNIA STEEL INDUSTRIES, INC., | |
|---|---|
| Plaintiff, | |
| v. | Court No.: 21-00015 |
| UNITED STATES, | |
| Defendant. | |

REPORT OF MEDIATION

That pursuant to the Order of Referral dated  December 2, 2024   in this case, I served as Judge Mediator for the mediation process between the parties in this case.  The process was concluded on December 13, 2024   ;

   ✓  The mediation resulted in a settlement of all issues;

   ___ The mediation resulted in a partial settlement;

   ___ The mediation did not result in a settlement;

/s/ Leo M. Gordon
(Name)
Judge Mediator

DATED:   December 16, 2024
New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)