**Attachment A**
**Entries to Reliquidate**

| Enty Number | Entry Date |
|---|---|
| 44288044967 | 5/19/2018 |
| 44288048976* | 6/2/2018 |
| 8S810522209 | 5/22/2020 |
| 8S800000034 | 9/8/2020 |
| 8S800000042 | 9/21/2020 |
| 8S800000059 | 9/23/2020 |
| 8S800000067 | 9/25/2020 |
| 8S800000075 | 9/29/2020 |
| 8S800000083 | 9/30/2020 |
| 8S800000091 | 10/5/2020 |
| 8S800000109 | 12/14/2020 |
| 8S800000117 | 1/4/2021 |
| 44288406281* | 6/18/2021 |

*Reliquidate only as to "new line 2," and not as to "line 1," as defined in the "CBP Validation of CSI Entries" document sent from plaintiff to defendant on January 15, 2025.

1

**Attachment B**
**Entries Not to Reliquidate**

| Enty Number | Entry Date |
|---:|---:|
| 44288061078 | 7/7/2018 |